**Patricia SMITH, Plaintiff—Appellant**

v.

**John E. POTTER, United States Postal Service; National Association of Letter Carriers Local Branch 283, Defendants—Appellees.**

No. 08–20107
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 8, 2008.

Afton Jane Izen, Bellaire, TX, for Plaintiff–Appellant.

Vernon Lydell Lewis, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Defendants–Appellees.

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Patricia Smith brought an action in the district court, alleging that she was discriminated against because of her race, sex, and/or age; that her suspension and termination were inspired by a retaliatory motive; and that her constitutional rights

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

were violated. On January 15, 2008, 2008 WL 154462, the district court granted summary judgment in favor of the United States Postal Service and entered a Memorandum and Order. For the reasons stated in the district court's well-reasoned opinion, summary judgment was proper. AFFIRMED.